No. 71–6356.  Doe et al. v. McMillan et al.  C. A. D. C. Cir.  [Certiorari granted, 408 U. S. 922.]  Motion of Legislative Respondents for further divided argument granted and an additional five minutes for oral argument allotted to respondents for that purpose.

No. 72–5377.  MaGee v. Superior Court of San Francisco County, California, et al.  Motion for leave to file petition for writ of mandamus and/or prohibition denied.

No. 72–493.  Vlandis v. Kline et al.  Appeal from D. C. Conn.  Motion of appellees for leave to proceed in forma pauperis granted.  Probable jurisdiction noted.

No. 72–534.  United States Department of Agriculture et al. v. Moreno et al.  Appeal from D. C. D. C.  Motion of appellees for leave to proceed in forma pauperis granted.  Probable jurisdiction noted.

No. 72–212.  Cupp, Penitentiary Superintendent v. Murphy.  C. A. 9th Cir.  Certiorari granted.

No. 72–490.  McDonnell Douglas Corp. v. Green. C. A. 8th Cir.  Certiorari granted.

No. 72–419.  Pittsburgh Press Co. v. Pittsburgh Commission on Human Relations et al.  Pa. Commw. Ct.  Motion of American Newspaper Publishers Assn. for leave to file a brief as amicus curiae and certiorari granted.